IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAH CHEE WEI AND TAN SUAH PIN §<br>OF ACUTUS ADVISORY PTE. LTD., §<br>AS LIQUIDATOR OF TRAXIAR §<br>DRILLING PARTNERS II PTE. LTD., §<br>§<br>    Plaintiff, §<br>§<br>v. §<br>§<br>TY GLOBAL, LLC and §<br>AT OFFSHORE, LLC, and ROCKY §<br>POINT INTERNATIONAL, LLC, §<br>§<br>    Defendants. § | CIVIL ACTION NO. H-16-1602 |

## DEFAULT JUDGMENT

On this day the Court considered Plaintiff's Motion for Default Judgment against TY Global, LLC and AT Offshore, LLC. The Court by Order entered September 21, 2016, dismissed Defendant Rocky Point International, LLC without prejudice for lack of personal jurisdiction, and on March 28, 2017, signed a Judgment of Default against remaining Defendants TY Global, LLC and AT Offshore, LLC. After considering the Court's file, the pleadings, the default, and the affidavits filed in support of judgment, the Court finds that Plaintiff is now entitled to judgment against TY Global, LLC and AT Offshore, LLC, for fraudulent transfer, money had and received, and conversion. Therefore, the Court GRANTS the Motion for Default Judgment

(Document No. 75) in favor of Plaintiff Seah Chee Wei and Tan Suah Pin of Acutus Advisory PTE, Ltd. and against Defendants TY Global, LLC and AT Offshore, LLC, and it is therefore

ORDERED and ADJUDGED that Plaintiff Sea Chee Wei and Tan Suah Pin of Acutus Advisory PTE. Ltd., as Liquidator of Traxiar Drilling Partners II PTE Ltd., is GRANTED judgment against TY Global, LLC and AT Offshore, LLC, as follows:

(1) $1,000,000 in actual damages from TY Global, LLC;

(2) $2,250,000 in actual damages, jointly and severally, from TY Global, LLC and AT Offshore, LLC;

(3) Fees in the amount of $2,174.22; and

(4) Reasonable and necessary attorney's fees of $34,373.75 through trial with an additional $30,000 in the event Default Judgment is unsuccessfully appealed by Defendant(s) to the Fifth Circuit Court of Appeals; and $50,000 if the Default Judgment is unsuccessfully appealed by Defendant(s) to the U.S. Supreme Court;

and it is further

ORDERED that Plaintiff shall have all writs of execution and other process necessary to enforce this Judgment.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 30TH day of May, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE